■ DONALD G. RYNNE & CO., INC., et al., Respondents, v GEARBULK LIMITED, Appellant.—Order, Supreme Court, New York County (Beatrice Shainswit, J.), entered on September 21, 1989, unanimously affirmed for the reasons stated by Beatrice Shainswit, J., without costs and without disbursements. Concur—Kupferman, J. P., Ross, Ellerin, Wallach and Rubin, JJ.